■ In the Matter of STEPHANIE G. DEVINS, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [939 NYS2d 36]—

Respondent's determination that petitioner was chronically delinquent in payment of rent was supported by substantial evidence (*see Matter of Purdy v Kreisberg*, 47 NY2d 354, 358 [1979]), including a Housing Court Stipulation dated January 28, 2008, in which petitioner agreed to pay $3,506.55 in arrears; testimony from her housing development's assistant manager, expressly credited by the hearing officer (*see Matter of Porter v New York City Hous. Auth.*, 42 AD3d 314, 314 [2007]), that petitioner had not paid rent since August 2007 and, by April 2009, owed over $11,000 in rent arrears; and petitioner's admission that she had not paid rent in nearly two years. Respondent's determination that petitioner had harassed her co-tenant was likewise supported by substantial evidence, including the co-tenant's testimony to that effect, which the hearing officer expressly credited.

The penalty imposed was not so disproportionate to the offense as to be shocking to one's sense of fairness (*see Matter of Morman v New York City Dept. of Hous. Preserv. & Dev.*, 81 AD3d 528 [2011]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Catterson, Renwick, Abdus-Salaam and Manzanet-Daniels, JJ. **[Prior Case History: 2010 NY Slip Op 32897(U).]**